**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Larry Lamont Branche II

Appellate case number:    01-19-00848-CV

Trial court case number:    2019-28873

Trial court:                        280th District Court of Harris County

Relator, Larry Lamont Branche II, has filed a petition for writ of mandamus ("petition") and motion to stay underlying proceedings and for other temporary relief ("motion"). The Texas Rules of Appellate Procedure require parties to redact sensitive data from any document filed with this Court. TEX. R. APP. P. 9.9(c). The Rules further prohibit parties from filing a document containing sensitive data with this Court unless the sensitive data is redacted. TEX. R. APP. P. 9.9(b). The Rules define sensitive data as, among other things, the home address and the name of any person who was a minor when the underlying suit was filed. TEX. R. APP. P. 9.9(a)(3).

The appendix to relator's petition includes unredacted sensitive data and, after being alerted by the Clerk of this Court, relator has refiled his petition and motion. However, the appendix to relator's petition still includes at least one unredacted reference to the name of a minor child. *See, e.g.*, Appendix A at page 1 ¶ 3.

Moreover, relator's refiled petition and motion redacted unnecessary data, such as the names of relator, real party, respondent judge, and relator's counsel, including in counsel's signature block. These parties are not minors and Rule 9.9 does not require or allow relator to redact these names. *See* TEX. R. APP. P. 9.9 (providing privacy protection for documents filed in civil cases).

Accordingly, the Court **strikes** relator's appendix to his petition for writ of mandamus and **orders** relator to file an appendix that complies with the Rules within 7 days of this order. *See* TEX. R. APP. P. 9.4(k). The Court further **orders** relator to refile his petition and motion containing only necessary redactions within 7 days of this order.

The Court **directs** the Clerk of this Court not to publish any document that contains sensitive data on the Court's website.

It is so ORDERED.


Judge's signature:   /s/  Evelyn V. Keyes
                     ☑ Acting individually    ☐ Acting for the Court


Date:  ___November 1, 2019____